# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED MARCH 26, 2014

---

## NO. 03-12-00651-CR

---

**Roberto Antonio Gomez, Appellant**

**v.**

**The State of Texas, Appellee**

---

## APPEAL FROM 33RD DISTRICT COURT OF BURNET COUNTY
## BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
## AFFIRMED -- OPINION BY JUSTICE PURYEAR

---

This is an appeal from the judgments of conviction by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's judgments. Therefore, the Court affirms the trial court's judgments of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.